IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| THE SYDOW FIRM, LLP, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CIVIL CASE NO. H-10-5072 |
| § | | |
| AKIN GUMP STRAUSS HAUER & § | | |
| FELD, *et al.*, § | | |
|     Defendants. § | | |

### REMAND ORDER

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Plaintiff The Sydow Firm, LLP's Motion to Remand [Doc. # 7] is **GRANTED** and this case is remanded to the **270th Judicial District Court of Harris County, Texas**, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **25th** day of **February, 2011**.

_____
Nancy F. Atlas
United States District Judge